## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

_____

HALEY HRDLICKA,

     Plaintiff,

v.                                                                   Case No. 20-11015

GENERAL MOTORS LLC,

     Defendant.

_____/

### JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendant's Motion for Summary Judgment," entered on March 31, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendant General Motors and against Plaintiff Haley Hrdlicka.

Dated at Port Huron, Michigan, March 31, 2022.

KINIKIA ESSIX
CLERK OF THE COURT

By: s/Lisa Wagner
Lisa Wagner, Case Manager
to Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\20-11015.HRDLICKA.Judgment.MAZ.docx