# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 12, 2023

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

      Re: Case No. 22-1328, *Haley Hrdlicka v. General Motors, LLC*
           Originating Case No. 3:20-cv-11015

Dear Ms. Essix:

  Enclosed is a copy of the mandate filed in this case.

                                    Sincerely yours,

                                    s/Patricia J. Elder, Senior Case Manager
                                      for Monica Page, Case Manager

cc: Mr. Raymond Joseph Carey
    Mr. Daniel Garth Cohen
    Ms. Mami Kato

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-1328

_____

Filed: June 12, 2023

HALEY HRDLICKA

    Plaintiff - Appellant

v.

GENERAL MOTORS, LLC

    Defendant - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 03/23/2023 the mandate for this case hereby issues today.

COSTS: None